IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAIN LEE OLIVER | Magistrate No. 25-876 |

**<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, Special Agent Nicholas Rohosky, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Pittsburgh Field Office, Group II. I have been employed as an ATF Special Agent since January of 2022. While at the ATF National Academy, I received extensive training in investigating federal firearms, arson, explosives, and narcotics related violations, conducting surveillance, establishing probable cause, and executing search and arrest warrants.

2. As an ATF Special Agent, I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code Section 2510(7); that is, I am an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

3. As a Special Agent with the ATF, I have experience and am responsible for investigating violations of federal laws, specifically federal firearms and narcotics laws under Title 18 and Title 21 of the United States Code.

4. The information contained herein is based upon my own personal investigation, observations, and knowledge, as well as upon the investigation, personal observations, and knowledge of other law enforcement officers with whom I have discussed this case. Because this Affidavit is being submitted for the limited purpose of establishing probable cause in support of a

criminal complaint, I have not included every item of evidence or piece of information known to me; rather, I have included only those facts necessary to establish probable cause.

5. On May 12, 2025, investigators with the ATF and District Attorney's Narcotics Enforcement Team (DANET) executed federal search warrants on 3541 York Street, Munhall, PA ("TARGET RESIDENCE"); the person of Shain Oliver ("OLIVER"); a Grey Lincoln Sedan bearing PA registration MFZ6139 ("TARGET VEHICLE 1"); and a black Lincoln SUV bearing PA Registration LRP5003 ("TARGET VEHICLE 2").

6. Earlier in the morning on May 12, 2025, investigators observed OLIVER leave the TARGET RESIDENCE and enter TARGET VEHICLE 1 and leave the area. When OLIVER exited the TARGET RESIDENCE, he appeared to be carrying a backpack similar in nature to the one described below.

7. A few hours later, investigators observed OLIVER driving in the area and believed he was returning to the TARGET RESIDENCE. At that point, a traffic stop was conducted on TARGET VEHICLE 1 to execute the search warrants. When the traffic stop was conducted, OLIVER was the driver and sole occupant of TARGET VEHICLE 1, which is also registered to him with PENNDOT.

8. When investigators searched TARGET VEHICLE 1, they recovered indicia for OLIVER in the vehicle. They also recovered a backpack from the trunk which appeared to be the same one he had taken from the TARGET RESIDENCE earlier that morning. This was the only backpack in the trunk.

9. Investigators searched the backpack pursuant to the warrants, and observed the following contraband:

      a. Numerous bundles of suspected fentanyl, equal to approximately at least 10 bricks worth;

      b. Several ounces of suspected cocaine, which appears to be compressed, consistent with having been recently broken off of a kilogram brick of cocaine

10. A portion of the suspected fentanyl was field tested and tested positive for the presence of fluorofentanyl, a fentanyl analogue. A portion of the suspected cocaine was field tested and tested positive for the presence of cocaine.

11. Investigators then executed the warrant for the TARGET RESIDENCE. Present in the TARGET RESIDENCE were OLIVER's paramour and her three juvenile children.

12. In the basement of the residence, investigators recovered the following:

      a. Approximately at least 200 bricks of suspected fentanyl, inside of shoe boxes. Specifically, there was a pile of shoeboxes along the wall in the basement, and the fentanyl was stored in several of these shoe boxes.

      b. Several baggie corners of unknown light-colored powders;

      c. Suspected cutting agents, including bottles of inositol;

      d. Sifters;

      e. Digital scales;

      f. Boxes of unused/empty stamp bags;

      g. Ink stamp pads; and

      h. Indicia for OLIVER as well as adult male footwear.

13. Two firearms were recovered from the master bedroom; however, both were registered to OLIVER's paramour, who told investigators where they were.

14. I am aware based on my training and experience, and the totality of the circumstances surrounding their recover, that the quantity and type of narcotics from OLIVER's backpack were consistent with distribution and not personal use.

The above information is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

*/s/ Nicholas Rohosky*
NICHOLAS ROHOSKY
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and subscribed before me, by telephone
pursuant to Fed. R. Crim. P. 4.1(b)(2)(A)
this 12th May, 2025

_____
THE HONORABLE MAUREEN P. KELLY
United States Magistrate Judge